803 F.2d 714
 U.S. Fidelity & Guaranty Company, Lumbermens Mutual Casualty
Company, Kemper Group Insurance Company
v.
U.S. Army Corps of Engineers, Mid-Stream Fuel Service, Inc.,
Williams-McWilliams Company, Fuel Services, Inc., Hendry
Corporation, Merritt Dredging Company, Affolter Contracting
Co., Caldwell Culvert Co., Al-Fla Plastics, Inc., Pitalo's
Hardware, Berwick Bay Oil Co., Kenner Marine & Machinery,
Inc., South Carolina National Bank, Successor by Merger to
First Nat. Bank of So. Carolina
 NO. 86-2570
 United States Court of Appeals,
Fourth Circuit.
 OCT 06, 1986
 
 1
 Appeal From: D.S.C.
 
 
 2
 DISMISSED.